UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BERNARD BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSALYN GARDNER,<br><br>　　　　Defendant. | No.  2:16-cv-1887 TLN CKD P<br><br><br>ORDER |

　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　Accordingly, IT IS HEREBY ORDERED that:

　　1.  Plaintiff's motion to dismiss (ECF No. 11) is granted; and

　　2.  This action is dismissed without prejudice.

Dated:  November 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / bell197.59

1